

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-v-                                                                                          Case No. 2:05cr20315-B

ANTWAN JACKSON

## ORDER SETTING
## CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions and provisions:

(1) The defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case.

(2) The defendant **shall immediately advise** the court, Pretrial Services Office, Probation Office, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(3) The defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear for Arraignment in the United States Courthouse and Federal Building in **Courtroom M-3, 9TH FLOOR on WEDNESDAY, AUGUST 31, 2005, at 9:30 AM.**

## ADDITIONAL CONDITIONS OF RELEASE

In order reasonably to assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

### Secured Financial Conditions

- execute a **bond in the amount of $10,000.00** or an agreement to forfeit upon failure to appear as required, and post with the following amount of money to be deposited into the registry of the Court: **W/10% CASH DEPOSIT WITH THE CLERK OF COURT.**

- report as directed by the Pretrial Services Office.

- maintain or actively seek employment.

- refrain from possessing a firearm, destructive device, or other dangerous weapon.

- refrain from any use or unlawful possession of a narcotic drug or other controlled substances in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Officer or as may be lawfully prescribed in writing by a licensed medical practitioner.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-29-05

- submit to any method of testing required by the Pretrial Services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

- participate in a program of inpatient or outpatient substance abuse testing, education or treatment if deemed advisable by Pretrial Services and pay a percentage of the fee as determined by Pretrial Services.

## ADVICE OF PENALTIES AND SANCTIONS

### TO THE DEFENDANT:

### YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

ANTWAN JACKSON
85 GRANT
MASON, TN 38049
901-475-0904

## DIRECTIONS TO THE UNITED STATES MARSHAL

☐ The defendant is **ORDERED** released after processing.
☒ The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: August 26, 2005

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

AO 199A Order Setting Conditions of Release

-3-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20315 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT